FILED

08/13/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0256

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0256

STATE OF MONTANA,

> Plaintiff and Appellee,

v.

LEA ALEX YATES II,

> Defendant and Appellant.

## ORDER GRANTING EXTENSION OF TIME

Through counsel, Appellant seeks a thirty-day extension of time to file the opening brief. The motion was referred to the Court because it was filed a day late. Good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time until September 13, 2021, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
August 13 2021